UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY FELTON WHITE, JR,

    Plaintiff,

v.                                       Case No. 3:20cv3582-MCR-HTC

WARDEN C. MAIORANA,
CHIEF OF SECURITY KRAIG CARTER,
SERGEANT D. MILLER,
CORRECTION OFFICER T HUDSON,
CORRECTION OFFICER SLAWSON,
GEO GROUP INC,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 24, 2020 (ECF No. 25), which recommends that the Defendants' motion to dismiss (ECF Docs. 13 & 20) be granted and this case dismissed for failure to exhaust administrative remedies. The parties have been given an opportunity to file objections. No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 25) is adopted and incorporated by reference in this order.

(2) Defendants' Motions to Dismiss (ECF Docs. 13 & 20) are GRANTED, and the Complaint (ECF Doc. 1) is DISMISSED WITH PREJUDICE for failure to exhaust administrative remedies.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of September, 2020.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**